WILLARD PARKER BUTLER, as Trustee in Bankruptcy of the Estate of JOHN F. BAUDOUINE, Appellant, *v.* CHARLES A. BAUDOUINE et al., as Trustees under the Will of CHARLES A. BAUDOUINE, Deceased, Respondents, Impleaded with Another.

*Butler* v. *Baudouine*, 84 App. Div. 215, affirmed.
(Argued November 30, 1903; decided December 15, 1903.)

APPEAL from a judgment entered in favor of defendants July 8, 1903, upon an order of the Appellate Division of the

Supreme Court in the first judicial department, which reversed an interlocutory judgment of Special Term overruling a demurrer to the complaint and sustained such demurrer.

*Robert A. Paddock, James Cochran* and *Edward Van Ingen* for appellant.

*John A. Garver* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J.; O'BRIEN, BARTLETT, MARTIN and WERNER, JJ. Absent: GRAY, J. Dissenting: CULLEN, J.